| | |
|---|---|
| 1 | CENTER FOR DISABILITY ACCESS |
| 2 | Amanda Seabock, Esq., SBN 289900<br>Chris Carson, Esq., SBN 280048 |
| 3 | Dennis Price, Esq., SBN 279082<br><u>Mail</u>: 8033 Linda Vista Road, Suite 200 |
| 4 | San Diego, CA 92111<br>(858) 375-7385; (888) 422-5191 fax |
| 5 | <u>amandas@potterhandy.com</u> |
| 6 | Attorneys for Plaintiff |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **Rafael Arroyo**, | ) | Case No.: 3:21-cv-00116-TSH |
| Plaintiff, | ) ) ) | **NOTICE OF SETTLEMENT AND REQUEST TO VACATE ALL CURRENTLY SET DATES** |
| v. | ) ) | |
| **Vanmali, Inc.**, a California Corporation, | ) ) | |
| Defendants. | ) | |

The plaintiff hereby notifies the court that a provisional settlement has been reached in the above-captioned case. The Parties would like to avoid any additional expense while they focus efforts on finalizing the terms of the settlement and reducing it to a writing. The plaintiff, therefore, applies to this Honorable Court to vacate all currently set dates with the expectation that the settlement will be consummated within the coming sixty (60) days, allowing for a Joint Stipulation for Dismissal with prejudice as to all parties to be filed.

CENTER FOR DISABILITY ACCESS

Dated: April 15, 2021   By: <u>/s/ Amanda Seabock</u>
                              Amanda Seabock
                              Attorney for Plaintiff