CENTER FOR DISABILITY ACCESS
Raymond Ballister Jr., Esq., SBN 111282
Russell Handy, Esq., SBN 195058
Amanda Seabock, Esq., SBN 289900
Zachary Best, Esq., SBN 166035
8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858) 375-7385
(888) 422-5191 fax
amandas@potterhandy.com
Attorneys for Plaintiff

Ashley N. Arnett, Esq., SBN 305162
aarnett@seyfarth.com
SEYFARTH SHAW, LLP
601 South Figueroa Street, Suite 3300
Los Angeles, CA 90017-5793
T: 213-270-9600
F: 213-270-9601
Attorneys for Defendant
Vanmali, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAFAEL ARROYO,<br><br>   Plaintiff,<br><br>   v.<br><br>VANMALI, INC., a California Corporation,<br><br>   Defendants. | Case: 5:21-cv-00481-TSH<br><br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a)(1)(A)(ii)** |

## **STIPULATION**

Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed <u>without</u>

1

prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs, and subject to reopening by any party if the settlement in principle fails to be consummated within sixty (60) days. Upon completion of the settlement documents and terms, the Parties shall file stipulation of dismissal with prejudice as to the entire matter.

Dated: June 13, 2021            CENTER FOR DISABILITY ACCESS

                                By:   /s/ Amanda Seabock
                                      Amanda Seabock
                                      Attorneys for Plaintiff

Dated: June 13, 2021            SEYFARTH SHAW, LLP

                                By:   /s/ Ashley N. Arnett
                                      Ashley N. Arnett
                                      Attorneys for Defendant
                                      Vanmali, Inc.

## **SIGNATURE CERTIFICATION**

I hereby certify that the content of this document is acceptable to Ashley N. Arnett, counsel for Vanmali, Inc., and that I have obtained authorization to affix his electronic signature to this document.

Dated: June 13, 2021            CENTER FOR DISABILITY ACCESS

                                By:   /s/ Amanda Seabock
                                      Amanda Seabock
                                      Attorneys for Plaintiff